|   |   |
|---|---|
| 1 | Brian P. McGilvray, Esq., SBN 191907 |
| 2 | LAW OFFICES OF BRIAN P. McGILVRAY<br>16633 Ventura Boulevard, Suite 800 |
| 3 | Encino, California 91436-1865<br>Telephone: (818) 461-9314 |
| 4 | Facsimile: (818) 461-9316<br>E-mail: bmcgilvray@mcgilvraylaw.com |

JS-6

Jeremy M. Golan, Esq., SBN 216271
GOLAN LAW, P.C.
2566 Overland Ave., Suite 730
Los Angeles, California 90064
Telephone: (310) 558-0424
Facsimile: (310) 558-1977
E-mail: jgolan@golanlaw.com

Attorneys for Z Security Group Inc., a California
Corporation dba The Z Group

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| Z SECURITY GROUP INC., a California Corporation dba THE Z GROUP, | ) | **CASE NO. CV 08-08281 PA (FFMx)** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] **ORDER ON STIPULATION FOR DISMISSAL** |
| DOORLAND 2000 INC., an Ontario Corporation; LEGACY DOOR (2005) INC.; SERGIO LANCIA, an individual; and DOES 1 through 20, inclusive, | ) | |
| Defendants. | ) | |
| LEGACY DOOR (2005) INC., | ) | |
| Cross-Complainant, | ) | |
| vs. | ) | |
| Z SECURITY GROUP INC., a California Corporation dba THE Z GROUP, | ) | |
| Cross-Defendant. | ) | |

1
ORDER ON STIPULATION FOR DISMISSAL

**ORDER ON STIPULATION FOR DISMISSAL**

Pursuant to the stipulation of the parties in the above-captioned matter, and finding good cause therefore, **IT IS ORDERED** that the matter is dismissed as to all claims and all defendants\cross-defendants, with prejudice.

DATED: November 20, 2009

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT